FILED

JUN 1 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO. 5:26 CR 0 0 28 1 |
| v. | ) Title 18, United States Code, |
| | ) Sections 2252(a)(2), 2252(a)(1), |
| JEREMY JAMES, | ) 2252A(a)(5)(B), 1470 |
| | ) |
| Defendant. | ) |

**JUDGE BRENNAN**

COUNT 1
(Receipt of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. §
2252(a)(2))

The Grand Jury charges:

1.     From on or about August 1, 2023, to on or about July 12, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JEREMY JAMES did knowingly receive, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 2

(Transportation of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct,
18 U.S.C. § 2252(a)(1)

The Grand Jury further charges:

2.　　On or about August 1, 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JEREMY JAMES, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, did knowingly transport numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Sections 2252(a)(1) and 2.

COUNT 3

(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

3.　　On or about December 16, 2024, in the Northern District of Ohio, Eastern Division, Defendant JEREMY JAMES did knowingly possess a black Samsung Galaxy cellular telephone and a gray Lenovo ThinkPad, both of which contained child pornography as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained twelve (12) years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

2

COUNT 4
(Transferring Obscene Material to Minor, 18 U.S.C. § 1470)

The Grand Jury further charges:

4.      On or about August 6, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JEREMY JAMES did use a facility and means of interstate and foreign commerce, that is, a device connected to the Internet, to knowingly transfer obscene matter, that is, digital files containing a visual depiction of an adult male penis, to an individual who he believed had not attained the age of 16 years, that is, a fourteen (14) year old girl, in violation of Title 18, United States Code, Section 1470.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

3